JS 44
(Rev. 07/89)

**# 114159**

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I (a) PLAINTIFFS

Lucio Rodriguez-Gongora

## DEFENDANTS

E. M. Trominski, INS District Director

B-00-134

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF ~~Hidalgo~~
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
TRACT OF LAND INVOLVED

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Lisa Brodyaga, Attorney
REFUGIO DEL RIO GRANDE
17891 Landrum Park Road
San Benito, Texas 78586
956-421-3226

ATTORNEYS (IF KNOWN) Lisa Putnam & Cheri Jones
SAUSAS
PO Box 1711
Harlingen, Tx 78551

## II. BASIS OF JURISDICTION   (PLACE AN × IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☒ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES   (PLACE AN × IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CAUSE OF ACTION   (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.

28 USC § 2241   Habeas to review final deportation order

## V. NATURE OF SUIT   (PLACE AN × IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury— Med Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury— Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce/ICC Rates/etc |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R.& Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | ☐ 861 HIA (1395ff) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 160 Stockholders' Suits | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 862 Black Lung (923) | ☐ 891 Agricultural Acts |
| ☐ 190 Other Contract | | | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 195 Contract Product Liability | | | | ☐ 864 SSID Title XVI | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt Reporting & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 894 Energy Allocation Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | Habeas Corpus | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☒ 530 General | ☐ 791 Empl. Ret. Inc Security Act | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 890 Other Statutory Actions |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | |
| ☐ 290 All Other Real Property | | ☐ 550 Other | | | |

## VI. ORIGIN   (PLACE AN × IN ONE BOX ONLY)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VII. REQUESTED IN COMPLAINT:

CHECK IF THIS IS A **CLASS ACTION**
☐ UNDER F.R.C.P. 23

**DEMAND $**

Check YES only if demanded in complaint:
**JURY DEMAND:** ☐ YES   ☐ NO

## VIII. RELATED CASE(S) IF ANY   (See instructions)

JUDGE _____   DOCKET NUMBER _____

DATE 9/5/00

SIGNATURE OF ATTORNEY OF RECORD

**UNITED STATES DISTRICT COURT**

United States District Court
Southern District of Texas
FILED

**SEP 0 5 2000**

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

LUCIO RODRIGUEZ-GONGORA )
                        )
v.                      )     C.A. No.  **B - 00 - 134**
                        )
E.M. TROMINSKI, INS DISTRICT )
       DIRECTOR         )
_____)

PETITION FOR WRIT OF HABEAS CORPUS

Comes Lucio Rodriguez-Gongora, ("Mr. Rodriguez"), by and through
the undersigned, and, pursuant to 28 U.S.C. §2241(c)(1) and (c)(3),
files the instant Petition for Writ of Habeas Corpus, seeking
relief from the administratively final order of deportation, dated
February 24, 1997, ordering that he be deported to Mexico.
(Petitioner's Exhibit A, herein incorporated by reference).

I.   THE FACTS AND PROCEDURAL HISTORY

1.   Lucio Rodriguez is a sixty year old native and citizen of
Mexico. He has continuously resided in the U.S. as a lawful
permanent resident since November 6, 1967.  His entire family is
lawfully in the United States.  He has no home or close family in
Mexico, and, if deported, would have no means of support.

2.   On or about October 15, 1991, Mr. Rodriguez was stopped at the
port of entry at Roma, Texas, as he applied for admission as a
returning resident. A Form I-122, "Notice To Applicant For
Admission Detained For Hearing Before Immigration Judge" was
prepared, and served on Mr. Rodriguez. The I-122 may even have been
filed with the Immigration Court. (Petitioner's Exhibit B, herein
incorporated by reference). A detainer was also served on the
United States Marshall Service in Brownsville, Texas.

(Petitioner's Exhibit C, herein incorporated by reference).

3.    Shortly thereafter, Petitioner was paroled into the United
States.    His "green card," Form I-151, (evidence of lawful
permanent resident status), was lifted by INS.    (Petitioner's
Exhibit D, herein incorporated by reference). In its place, he was
given an I-94, which neither identified him as a permanent
resident, nor stated that he was entitled to be employed.
(Petitioner's Exhibit E, herein incorporated by reference). [1]

4. Mr. Rodriguez' parole status has never been converted into an
admission, and he remains, to this date, in parole status.
(Petitioner's Exhibit F, herein incorporated by reference).

5. On or about February 9, 1993, Mr. Rodriguez was convicted, on
his plea of guilty, of conspiracy to possess  marijuana with intent
to distribute, in violation of 21 U.S.C. §846.   On or about
September 30, 1996, apparently forgetting that he was in "parole"
status, and had not "entered" the United States, and that exclusion
proceedings had already been initiated, INS issued an Order to Show
Cause why he should not be deported from the United States.
(Petitioner's Exhibit G, herein incorporated by reference).

6.  On information and belief, [2] it is alleged that Mr. Rodriguez
attempted to apply for §212(c) relief at his deportation hearing,
but his application was pretermitted, on the basis of §440(d) of
the Antiterrorism and Effective Death Penalty Act. ("AEDPA"). *See,*

---

[1]    Exhibits B through D were provided to prior counsel after
Mr. Rodriguez' deportation hearing was conducted. (Petitioner's
Exhibit H, herein incorporated by reference). Exhibit E was also
unavailable to prior counsel at that time.

[2]    A copy of the recording of the hearing has been requested.

2

*Matter of Soriano,* 21 I&N Dec. 516 (BIA 1996; AG 1997).

7.   On February 27, 1997, an Immigration Judge ordered Mr.
Rodriguez deported. He was not properly advised of his appeal
rights, (*see,* Exhibit A; 8 C.F.R. §242.19 (1996)).   His attempted
appeal was rejected by the BIA, apparently as untimely, although
the undersigned has not yet been able to confirm this fact.

8.   However, because he had never made an "entry," but was still in
"parole" status, this is irrelevant. The Immigration Court has only
such jurisdiction as its governing statute, and implementing
regulations, specify. *See, e.g., Matter of L-K-V-.* Interim Decision
3409 (BIA 1999) (BIA lacks jurisdiction over motion to reopen which
is time-barred by 8 C.F.R. §3.2(c)(2)).   As shown below, the
Immigration Court lacked jurisdiction over Petitioner's case, and
the lack of jurisdiction may be raised at any time by any party.
*See, Coury v. Prot*, 85 F.3d 244, 249 (5th Cir. 1996).

## II.   THE CAUSES OF ACTION

9.   The instant petition asserts that, under 8 U.S.C. §1251(a), [3]
the Immigration Court lacked jurisdiction to conduct deportation
proceedings herein.   Said section provides, in relevant part:

> (a)  Classes of deportable aliens.  Any alien ... in the
> United States shall, upon the order of the Attorney
> General, be deported if the alien is within one or more
> of the following classes of deportable aliens:

As used therein, the phrase "in the United States" refers to aliens
who have made an "entry" into the United States, as defined by 8

---

[3] All citations to 8 U.S.C. are to the provisions as in effect
in February of 1996, when Mr. Rodriguez' hearing was held.

3

exclusion proceedings, as of October 1991, when he was served with Form I-122, a detainer was filed, and his "green card" was lifted. *See, Alanis-Bustamante v. INS,* 201 F.3d 1303 (11th Cir. 2000) (proceedings against alien commenced when INS served show cause order and filed warrant of detainer); and *Wallace v. Reno,* 194 F.3d 279 (1st Cir. 1999) (same).

It is therefore urged that the instant deportation order be vacated, and the case be remanded to the BIA with instructions that the deportation proceedings be terminated.

Respectfully Submitted,

Lisa S. Brodyaga, Attorney at Law
17891 Landrum Park Road
San Benito, TX 78586
(956) 421-3226

VERIFICATION

I, Lisa S. Brodyaga, certify that I am familiar with the facts as stated above, and that they are true and correct to the best of my knowledge and belief.

CERTIFICATE OF SERVICE

I certify that a courtesy copy of the foregoing, with Exhibits, was personally served on the Office of Lisa Putnam, SAUSA, 1701 Zoy St., Harlingen, Texas, on this 5th day of September, 2000.

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION


LUCIO RODRIGUEZ-GONGORA          )
                                 )
v.                               )          C.A. No.
                                 )
E.M. TROMINSKI, INS DISTRICT     )
     DIRECTOR                    )
_____)


EXHIBIT "A" IN SUPPORT OF PETITION
FOR WRIT OF HABEAS CORPUS

U.S. DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
IMMIGRATION COURT
2320 LA BRANCH ST, ROOM 2235
HOUSTON, TX  77004

In the Matter of:                    Case No.: A17-977-824
RODRIGUEZ-GONGORA, LUCIO

                                     Docket: OKLAHOMA CITY, OKLAHOMA

RESPONDENT                           IN DEPORTATION PROCEEDINGS

ORDER OF THE IMMIGRATION JUDGE

This is a summary of the oral decision entered on Feb 24, 1997.
This memorandum is solely for the convenience of the parties.  If the
proceedings should be appealed, the Oral Decision will become the official
decision in this matter.

(X)      The respondent was ordered deported to Mexico
( )      Respondent's application for voluntary departure was denied and
         respondent was ordered deported to

( )      Respondent's application for voluntary departure was granted until
         ,                with an alternate order of deportation
         to                                           or
( )      Respondent's application for asylum was (  )granted (  )denied
         (  )withdrawn (  )other.
( )      Respondent's application for withholding of deportation was
         (  )granted (  )denied (  )withdrawn (  )other.
( )      Respondent's application for suspension of deportation was
         (  )granted (  )denied (  )withdrawn (  )other.
( )      Respondent's application for waiver under Section _____ of
         the Immigration and Nationality Act was (  )granted (  )denied
         (  )withdrawn (  )other.
( )      Respondent's application for _____ was
         (  )granted (  )denied (  )withdrawn (  )other.
( )      Proceedings were terminated.
( )      The application for adjustment of status under Section (216) (216A)
         (245) (249) was (  )granted (  )denied (  )withdrawn (  )other.
         If granted, it was ordered that the respondent be issued all
         appropriate documents necessary to give effect to this order.
( )      Respondent's status was rescinded under Section 246.

( )      Other _____ .

(X)      Respondent was advised of the limitation on discretionary relief for
         failure to appear as ordered in the Immigration Judge's oral decision.

                                     ROBERT BROWN
                                     Immigration Judge
                                     Date: Feb 24, 1997                    6Q

Appeal: WAIVED (A/I/B)
DP
Reserved By Respondent;
Notice of Appeal Due: March 26, 1997

Case 1:00-cv-00134   Document 1   Filed in TXSD on 09/05/2000   Page 8 of 34

ALIEN NUMBER:  17-977-8                    NAME: RODRIGUEZ  ANGORA, LUCIO

LIMITATION ON DISCRETIONARY RELIEF FOR FAILURE TO APPEAR

( )  1. You have been scheduled for a deportation hearing, at the time and
        place set forth on the attached sheet.  Failure to appear for this
        hearing other than because of exceptional circumstances beyond your
        control** will result in your being found ineligible for certain
        forms of relief under the Immigration and Nationality Act (see
        Section A. below) for a period of five (5) years after the date of
        entry of the final order of deportation.

( )  2. You have been scheduled for an asylum hearing, at the time and place
        set forth on the attached notice.  Failure to appear for this hearing
        other than because of exceptional circumstances beyond your control**
        will result in your being found ineligible for certain forms of
        relief under the Immigration and Nationality Act (see Section A.
        below) for a period of five (5) years from the date of your scheduled
        hearing.

( )  3. You have been granted voluntary departure from the United States
        pursuant to section 244(e) (1) of the Immigration and Nationality Act.
        Remaining in the United States beyond the authorized date other than
        because of exceptional circumstances beyond your control** will result
        in your being ineligible for certain forms of relief under the
        Immigration and Nationality Act (see Section A. below) for five (5)
        years from the date of scheduled departure or the date of unlawful
        reentry, respectively.

(AB) 4. A final order of deportation has been entered against you.  If you
        fail to appear for deportation at the time and place ordered by the
        INS, other than because of exceptional circumstances beyond your
        control** you will not be eligible for certain forms of relief under
        the Immigration and Nationality Act (see Section A. below) for five
        (5) years after the date you are scheduled to appear.

        **  The term "Exceptional circumstances" refers to exceptional
        circumstances such as serious illness of the alien or death of
        an immediate relative of the alien, but not including less
        compelling circumstances.

A.  THE FORMS OF RELIEF FROM DEPORTATION FOR WHICH YOU WILL BECOME INELIGIBLE
ARE:  1) Voluntary departure as provided for in section 242(b) of the
         Immigration and Nationality Act;
      2) Suspension of deportation or voluntary departure as provided for in
         section 244(e) of the Immigration and Nationality Act; and
      3) Adjustment of status or change of status as provided for in section
         245, 248 or 249 of the Immigration and Nationality Act.

    This written notice was provided to the alien in English and in Spanish.
Oral notice of the contents of this notice was given to the alien in his/her
native language, or in a language he/she understands.

Date: Feb 24, 1997

                        Immigration Judge: _____
                              or
                        Clerk of the Court: _____        6U

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

LUCIO RODRIGUEZ-GONGORA      )
     )
v.      )      C.A. No.
     )
E.M. TROMINSKI, INS DISTRICT      )
     DIRECTOR      )
_____)

EXHIBIT "B" IN SUPPORT OF PETITION
FOR WRIT OF HABEAS CORPUS

UNITED STATES DEPARTMENT OF JUSTICE
IMMIGRATION AND NATURALIZATION SERVICE

NOTICE TO APPLICANT FOR ADMISSION DETAINED FOR HEARING
BEFORE IMMIGRATION JUDGE

A# 17-977-824

To: RODRIGUEZ-Gongora, Lucio            Date: 10/15/91

PLEASE TAKE NOTICE THAT:

You do not appear to me to be clearly and beyond a doubt entitled to enter the United States as
you may come within the exclusion provisions of Section 212 (a) (2)(C).
                        of the Immigration and Nationality Act, as amended, in that
~~Any alien who the consular or immigration officer knows or has reason to~~
~~believe is or has been an illicit trafficker in any such controlled subtance~~
~~or has been a knowing assister , abettor , conspirator, or colluder with others~~
~~in any such controlled subtance.~~

Therefore you are detained under the provisions of Section 235 (b) of the Immigration and Nation-
ality Act, as amended, for a hearing before a Immigration Judge to determine whether or not you
are entitled to enter the United States or whether you shall be excluded and deported. During such
hearing you will have the right to be represented by counsel and to have a friend or relative
present.

AT THE HEARING BEFORE THE IMMIGRATION JUDGE YOU MUST ESTABLISH THAT YOU
ARE ADMISSIBLE TO THE UNITED STATES UNDER ALL PROVISIONS OF THE UNITED
STATES IMMIGRATION LAWS.

The hearing

[ ] is scheduled for _____ , _____ , _____
                        (Time)              (Date)              (Place)

[X] will be scheduled and you will be notified as to time and place. It is understood that you
want the notice of hearing to be sent to you at the following address:
Rt. 1 box 167 X Edinburg, Tx. 78539
(Street and Number)   (Apt. No.)   (City)   (Province)   (State)   (County)

Ramon Gomez
_____
Ramon Gomez
(United States Immigration Officer)

CERTIFICATE OF SERVICE

Original of this notice was delivered to the above-named applicant by the undersigned on 10/15/91
and the alien has been advised of communication privileges pursuant to 8 CFR 242.2(e).

Ramon Gomez
_____
Ramon Gomez
(United States Immigration Officer)

COPY OF LEGAL AID SERVICES ISSUED TO ALIEN

Form I-122
(Rev.5-4-79)N

GPO 942 091

# UNITED STATES DEPARTMENT OF ~~TICE~~

## Immigration and Naturalization Ser ~~~~

| Date |
|------|
| 10/15/91 |

A# 17-977-924

TO: Immigration Judge

| Name (Last in CAPS) | First | Middle |
|---|---|---|
| RODRIGUEZ-Gongora, Lucio | | |
| Date of arrival | Port of arrival | |
| 10/15/91 | Rio Grande City | |
| Manner of arrival *(name of vessel, airline, flight no. etc.)* | | |
| Private vehicle | | |

The above named person arrived at this port on the date and in the manner shown above and applied for admission as a Lawfully Admitted Permanent Resident

In accordance with Section 235(b), I & N Act, (s)he has been detained for further inquiry. Applicant may be excludable under Section 212(a)(2)(C)I & N Act because Any alien who the consular or immigration officer knows or has reason to believe is or has been an illicit trafficker in any such controlled subtance or has been a knowning assister, abettor, conspirator, or colluder with others in illicit trafficking in any such controlled substance .

Applicant made an admission against interest by stating

Applicant __has not__ applied for the exercise of discretion under
        (has, has not)

(Sec. 212(c), Sec. 212(d) (3))

| Examining Immigration Officer |
|---|
| *Ramon Gomez* (signature) |
| Ramon Gomez |
| Title |
| Immigration Inspector |

ATTACHMENTS:

[X] Form I-122 (copy)
[ ] Passport
[ ] Visa
[X] Form I-94
[ ] Applicant's sworn statement
[ ] Other (specify)

[ ] Interpreter needed _____
                          *(Language)*
[ ] Admission under bond not authorized
[ ] Required bond not furnished

CUSTOMS TECS REPORT

Form I-110
(Rev. 6-1-77) N

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION


LUCIO RODRIGUEZ-GONGORA      )
                                     )
v.                               )     C.A. No.
                                     )
E.M. TROMINSKI, INS DISTRICT    )
    DIRECTOR                      )
_____)


EXHIBIT "C" IN SUPPORT OF PETITION
FOR WRIT OF HABEAS CORPUS

CVISPDF - www.fastio.com

U.S. Department of Justice

Immigration and Naturalization Service

Immigration Detainer - Notice of Action
By Immigration and Naturalization Service

| | |
|---|---|
| **File No.** | A17 977 824 |
| **Date** | 10/15/91 |

**TO: (Name, title and institution)**

U.S. MARSHALL SERVICE
P.O.BOX 1585
BROWNSVILLE, TX.

**FROM: (INS Office Address)**

U.S. IMMIGRATION AND NATURALIZATION SERVICE
2102 TEEGE AVE.
HARLINGEN, TX. 78550     (512) 849-1676

| **Name of Inmate** | | |
|---|---|---|
| RODRIGUEZ-Gongora, Lucio | | |
| **Month, Day and Year of Birth** 03/04/40 | **Sex** Male | **Nationality** Mexican |

**YOU ARE ADVISED THAT THE ACTION NOTED BELOW HAS BEEN TAKEN BY THIS SERVICE CONCERNING THE ABOVE-NAMED INMATE OF YOUR INSTITUTION:**

☒ Investigation has been initiated to determine whether this person is subject to deportation from the U.S.

☐ An Order to Show Cause in deportation proceedings, a copy of which is attached, was served on
——————————————— , 19 ——

☐ A warrant of arrest in deportation proceedings, a copy of which is attached, was served on
——————————————— , 19 ——

☐ Deportation from the United States has been ordered.

**IT IS REQUESTED THAT YOU:**

☒ Accept this notice as a detainer. This is for notification purposes only and does not limit your discretion in any decision affecting the offender's classification, work and quarters assignments or other treatment which he would otherwise receive.

☐ Please complete and sign the bottom block of the duplicate of this form and return it to this office.   ☐ A self-addressed franked envelope is enclosed for your convenience.

☒ Notify this office of the time of release at least 30 days prior to release or as much in advance as possible.

☒ Notify this office in the event of death or transfer to another institution.

| Ramon Gomez | Immigration Inspector |
|---|---|
| **Signature** | **Title** |

Receipt acknowledged

Probable date of release:

_Alberto Maldonado_
**Signature**

_Insptor I   OPS/HH_
**Title**

Form I-247 (Rev. 3-1-83)N

GPO 8

CutePDF - www.texto.com

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION


LUCIO RODRIGUEZ-GONGORA            )
                                   )
v.                                 )        C.A. No.
                                   )
E.M. TROMINSKI, INS DISTRICT       )
      DIRECTOR                     )
_____)


EXHIBIT "D" IN SUPPORT OF PETITION
FOR WRIT OF HABEAS CORPUS

UNITED STATES DEPARTMENT OF JUSTICE
Immigration and Naturalization Ser

RECORD OF SECURITY FORMS _Imm. Sec. Officer_          NUMBER

| FORM No. | NAME AND TITLE OF EMPLOYEE | LOCATION |
|---|---|---|
| I-151 | Lucila C. Barga | Roma, Texas |

| SERIAL NUMBER | EXECUTED FOR (NAME AND "A" NUMBER, IF ANY) | DATE |
|---|---|---|
| 17 977 824 | Rodriguez-Gongora, Lucio | 10-18-91 |



FORM G-625
(Rev. 9-16-74) N

_Lucila C. Barga_
(SIGNATURE OF EMPLOYEE)

VERIFIED: _Ed Neville_
(SIGNATURE OF SUPERVISOR)

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION


LUCIO RODRIGUEZ-GONGORA          )
                                 )
v.                               )          C.A. No.
                                 )
E.M. TROMINSKI, INS DISTRICT     )
      DIRECTOR                   )
_____)


EXHIBIT "E" IN SUPPORT OF PETITION
FOR WRIT OF HABEAS CORPUS


Número de salida
**033204528 00**

Servicio de Inmigración
y Naturalización

**I-94**
**Registro de salida**

14 Apellido
R O D R I G U E Z - G O N G O R A
15 Primer nombre                    16 Fecha de nac (día/mes/año)
L U C I O                           1 0 . 0 3 . 4 9
17 Ciudadanía
M E X I C A N A

Aviso - Si la persona que no es inmigrante acepta empleo sin autorización está sujeta a deportación
Nota importante - Retenga Ud. este permiso que debe presentar al salir de E.U. *Al no hacerlo prolongaría su entrada a E.U. en el futuro.*
UD. está autorizado a quedarse en E.U. solamente hasta la fecha indicada en esta planilla. Al pasar la fecha indicada sin el permiso de las autoridades de Inmigración sería violar la ley
Entréguele este permiso al salir de E.U.
   - A la línea de transportación, ya sea por mar o por aire;
   - al oficial canadiense, al cruzar la frontera canadiense;
   - al oficial estadounidense, al cruzar la frontera mejicana.
Estudiantes que planean volver a entrar a los E.U. con plazo de 30 días para asistir a la misma escuela, lean "Llegada y salida" en página 2, Formulario I-20 antes de entregar este permiso          Record of Changes

_____
_____
_____
_____

Port:                                    Departure Record

Date:

Carrier:

Flight #/Ship Name:

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION


LUCIO RODRIGUEZ-GONGORA          )
                                 )
v.                               )          C.A. No.
                                 )
E.M. TROMINSKI, INS DISTRICT     )
     DIRECTOR                    )
_____)


EXHIBIT "F" IN SUPPORT OF PETITION
FOR WRIT OF HABEAS CORPUS

Admission l

## 25

Immigra
Naturaliz
I-94
Arrival F

| 1 | RETURNING RESIDENT APPLICANT AT RIO ON 10-15-91. PAROLED PENDING DETERMINATION OF RIGHT TO REENTER. |

EMPLOYMENT AUTHORIZED

Family name
R O D R I G U E Z - G O N G O R A

First (Given) Name
L U C I O

Birth Date (Day Mo Yr)
0 4 0 3 4 0

Country of Citizenship
M E X I C O

Sex (Male or Female)

Passport Number

Airline and Flight Number

Country Where You Live

City Where You Boarded

City Where Visa Was Issued

Date Issued (Day Mo Yr)

Address While in the United States (Number and Street)
P . O . B O X   1 0 4 7

City and State
E D C O U C H ,   T E X A S   7 8 5 3 8

| 18  Occupation | 19  Waivers |
|---|---|
| 20  INS File  A - 17-977-824 | 21  INS FCO |
| 22  Petition Number | 23  Program Number |
| 24.  ☐ Bond | 25.  ☐ Prospective Student |

26  Itinerary/Comments

Issued at HLG/DD X Sai D.O.

27  TWOV Ticket Number

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION


LUCIO RODRIGUEZ-GONGORA  )
           )
v.           )  C.A. No.
           )
E.M. TROMINSKI, INS DISTRICT )
  DIRECTOR      )
_____)


EXHIBIT "G" IN SUPPORT OF PETITION
FOR WRIT OF HABEAS CORPUS

**U.S. Department of Justice**
Immigration and Naturalization Service

Order to Show Cause and Notice of Hearing

# ORDER TO SHOW CAUSE AND NOTICE OF HEARING
## *(ORDEN DE PRESENTAR MOTIVOS JUSTIFICANTES Y AVISO DE AUDIENCIA)*

In Deportation Proceedings under section 242 of the Immigration and Nationality Act.
*(En los trámites de deportación a tenor de la seccion 242 de la Ley de Inmigración y Nacionalidad.)*

DCC  56-434
 DPS  5636.9-879
PUB:  06/1967

**United States of America:**
**(Estados Unidos de América:)**

File No. _____ 1 45 877 804
*(No. de registro)*

Dated _____ September 30, 1996
**(Fechada)** _____ 30 de Septiembre de 1996

In the matter of
*(En el asunto de)*

Lucio RODRIGUEZ-Gongora _____ (Respondent)
(Demandado)

Address
*(Dirección)*

Federal Transfer Center
P.O. Box 898502

Telephone No. (Area Code)
*(No. de teléfono y código de área)*

Oklahoma City, Oklahoma  73189-8802

Upon inquiry conducted by the Immigration and Naturalization Service, it is alleged that:
*(Según las indagaciones realizadas por el Servicio de Inmigración y Naturalización, se alega que:)*

1) You are not a citizen or national of the United States;
*(Ud. no es ciudadano o nacional de los Estados Unidos)*

2) You are a native of _____ Mexico _____ and a citizen of _____ Mexico _____
*(Ud. es nativo de)* *(y ciudadano de)*

3) You entered the United States at or near ___ Hidalgo, Texas ___ on or about ___ November 6, 1967 ___
*(Ud. entró a los Estados Unidos en o cerca de)* *(el día o hacia esa fecha)*

SEE ATTACHMENT PAGE FOR ADDITIONAL ALLEGATIONS.

*(VEA PAGINA ADJUNTA CON ALEGATOS ADICIONALES.)*

Form I-221 (Rev. 6/12/92) N

# U.S. Department of Justice
Immigration and Naturalization Service

Order to Show Cause and Notice of Hearing

Continuation Sheet
*(Hoja complementaria)*

Respondent _____
*(Demandado)*

Dated _____
*(Fechada)*

File No. _____
*(No. de registro)*

**AND** on the basis of the foregoing allegations, it is charged that you are subject to deportation pursuant to the following provision(s) of law:

*(Y según los alegatos anteriores, se le acusa de estar sujeto a deportación de acuerdo con la(s) siguiente(s) disposicion(es) de la ley:)*

**WHEREFORE, YOU ARE ORDERED** to appear for a hearing before an Immigration Judge of the Executive Office for Immigration Review of the United States Department of Justice at:

*(POR LO CUAL, SE LE ORDENA comparecer ante un juez de inmigración de la Oficina Ejecutiva de Revisión de Inmigración del Departamento de Justicia de los Estados Unidos en:)*

Address _____
*(Dirección)*

On _____ At _____ .m.
*(Fecha)* *(Hora)*

and show cause why you should not be deported from the United States on the charge(s) set forth above.

*(y mostrar motivos justificantes por cual no debería ser deportado de los Estados Unidos por los cargos expresados anteriormente.)*

Dated _____
*(Fechada)*

Signature of Issuing Officer _____
*(Firma del funcionario que la expide)*

City and State of Issuance _____
*(Ciudad y Estado donde se expide)*

Title of Issuing Officer _____
*(Título del funcionario que la expide)*

Form I-221 (Rev. 6/12/92) N

Page 3

This Order to Show Cause shall be filed with the Immigration Judge of the Executive Office for Immigration Review at the address provided below. You must report any changes of your address or telephone number in writing to this office:

Esta Orden de Presentar Motivos Justificantes será registrada con la Oficina Ejecutiva de Revisión de Inmigración en la siguiente dirección.  Debe notificar cualquier cambio de su domicilio o número de teléfono por escrito a:

## The Office of the Immigration Judge

### SEE ATTACHMENT A

### VEA ADJUNTA A

---

### Certificate of Translation and Oral Notice

This Order to Show Cause ☐ was ☒ was not read to the named alien in the _____ **SPANISH** _____ language, which is his/her native language or a language which he/she understands.

| | | |
|---|---|---|
| Date | Signature | Printed Name and Title of Translator |

Address of Translator (If other than INS employee) or office location and division (if INS employee)

(If oral notice was not provided please explain)

| Manner of Service | Alien's Right Thumb Print |
|---|---|
| ☐ Personal Service to Alien | |
| ☒ Certified Mail - Return Receipt Requested   P 105 145 624 | **ALIEN NOT PRESENT** |
| ☒ Alien   A 17 977 824 | |
| ☐ Counsel of Record | |

### Certificate of Service

This Order to Show Cause was served by me at ___OKC___ on ___OCT 7___ 19_96_ at ___2:00 P___ m.

| CA Atnip | Cheryl A Atnip | IA | OKC/INS |
|---|---|---|---|
| Officer's Signature | Printed Name | Title | Office |

Alien's Signature (acknowledgment/receipt of this form)
*(Firma de extranjero/acuse de recibo)*

---

### Request for Prompt Hearing and Waiver of 14-Day Minimum Period
### *(Solicitud de audiencia inmediata y renuncia al plazo mínimo de 14 días)*

To expedite determination of my case, I request an immediate hearing, and waive my right to the 14 day notice.
*(Para agilizar la decisión sobre mi caso, solicito una audiencia inmediata y renuncio a mi derecho a un plazo mínimo de 14 días.)*

| | |
|---|---|
| Signature of Respondent *(Firma de demandado)* | Date *(Fecha)* |

# U.S. Department of Justice
Immigration and Naturalization Service

Continuation Page for Form ___I-221___

| Alien's Name | File Number | Date |
|---|---|---|
| Lucio RODRIGUEZ-Gongora | A 17 977 824 | September 30, 1996 |

ADDITIONAL ALLEGATIONS:

*ALLEGATOS ADICIONALES):*

4.    At that time you were admitted as an immigrant;

       En ese momento, Ud. fue admitido como inmigrante;

5.    You were, on February 9, 1993, convicted in the United States District Court, Middle District of Florida, Tampa Division for the offense of Conspiracy to Possess with Intent to distribute 1,000 Kilograms or more of Marijuana in violation of Title 21, Section 846.

       Ud. fue convicto el 9 de Febrero de 1993 en el Tribunal Federal de Distrito Central del estado de Florida division de Tampa por el delito de conspiracion de poseer con intento de distribuir 1,000 kilogramos o mas de marijuana en violación del Titulo 21, Seccion 846.

| Signature | | Title |
|---|---|---|
| VICTOR W. JOHNSTON | | Officer In Charge |

___6___ of ___8___ Pages

Form I-831 Continuation Page (Rev. 6/12/92)

**U.S. Department of Justice**
Immigration and Naturalization Service

Continuation Page for Form ___I-221___

| Alien's Name | File Number | Date |
|---|---|---|
| Lucio RODRIGUEZ-Gongora | A 17 977 824 | September 30, 1996 |

ADDITIONAL CHARGES:

*(CARGOS ADICIONALES):*

- Section 241(a) (2) (A) (iii) of the Immigration and Nationality Act (Act), as amended, in that, at any time after entry, you have been convicted of an aggravated felony as defined in section 101(a) (43) of the Act.

  Sección 241(a) (2) (A) (iii) de la Ley de Inmigración y Nacionalidad (INA), según enmendada, en que, en algún momento después de su entrada, Ud. ha resultado convicto de una felonia agravada, según se define en la sección 101(a) (43) de la INA.

- Section 241(a) (2) (B) (i) of the Immigration and Nationality Act (Act), as amended, in that, at any time after entry, you have been convicted of a violation of (or a conspiracy or attempt to violate) any law or regulation of a State, the United States, or a foreign country relating to a controlled substance (as defined in section 102 of the Controlled Substances Act, 21 U.S.C. 802).

  Sección 241(a) (2) (B) (i) de la Ley de Inmigración y Nacionalidad (INA), según enmendada, en que, en algún momento después de su entrada, Ud. ha resultado convicto de una violación de (o una conspiración o intento de violación) de alguna ley o reglamentación de un Estado, de los Estados Unidos, o de un país extranjero referente a una sustancia controlada [según se define en la sección 102 de la Ley de Sustancias Controladas, 21 U.S.C. 802].

| Signature | Title |
|---|---|
| VICTOR W. JOHNSTON | Officer In Charge |

Form I-831 Continuation Page (Rev. 6/12/92)

# U.S. Department of Justice
Immigration and Naturalization Service

Continuation Page for Form ___I-221___

| Alien's Name | File Number | Date |
|---|---|---|
| Lucio RODRIGUEZ-Gongora | A 17 977 824 | September 30, 1996 |

ATTACHMENT A

YOUR ORDER TO SHOW CAUSE IS NOT BEING FILED WITH THE OFFICE OF THE IMMIGRATION JUDGE AT THIS TIME.  AT THE TIME THE ORDER TO SHOW CAUSE IS FILED, YOU WILL BE NOTIFIED OF THE STREET ADDRESS, CITY, STATE AND ZIP CODE OF THE OFFICE OF THE IMMIGRATION JUDGE HAVING JURISDICTION OVER YOUR CASE.

(En este momento, su Orden de Presentar, Motivos Justificantes no esta registrada en la Oficina del Juez de Inmigracion.  Cuando la Orden de Presentar Motivos Justificantes se registre, se le notificara a Ud. la direccion, ciudad, estado y codigo postal de la Oficina del Juez de Inmigracion que tiene jurisdiccion sobre su caso.)

UNTIL YOU RECEIVE NOTIFICATION THAT YOUR ORDER TO SHOW CAUSE HAS BEEN FILED, YOU SHOULD DIRECT ALL CORRESPONDENCE IN YOUR CASE AND REPORT ANY CHANGES IN YOUR ADDRESS, INCLUDING ZIP CODE AND TELEPHONE NUMBER, TO THE:

(Hasta que Ud. reciba la notificacion de que su Orden de Presentar Motivos Justificantes ha sido registrada, Ud. debera dirigir toda la correspondencia sobre su caso e informar cualquier cambio de dirrecion, incluyendo el codigo postal y el numero telefonico, a:)

U.S. Immigration and Naturalization Service
Attn: Detention and Deportation
4149 Highline Boulevard, Suite 300
Oklahoma City, Oklahoma 73108

AFTER YOU RECEIVE NOTIFICATION THAT YOUR ORDER TO SHOW CAUSE HAS BEEN FILED, YOU SHOULD DIRECT ALL CORRESPONDENCE IN YOUR CASE AND REPORT ANY CHANGES IN YOUR ADDRESS, INCLUDING ZIP CODE AND TELEPHONE NUMBER, TO THE OFFICE OF THE IMMIGRATION JUDGE HAVING JURISDICTION OVER YOUR CASE.

(Luego de que Ud. reciba la notificacion de que su Orden de Presentar Motivos Justificantes ha sido registrada, Ud. debera dirigir toda la correspondencia sobre su caso e informar, cualquier cambio de direccion, incluyendo, codigo postal y numero telefonico, a la Oficina del Juez de Inmigracion que tenga jurisdiccion sobre su caso.)

| Signature | Title |
|---|---|
| VICTOR W. JOHNSTON | Officer In Charge |

___8___ of ___8___ Pages

Form I-831 Continuation Page (Rev. 6/12/92)

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION


LUCIO RODRIGUEZ-GONGORA            )
                                   )
v.                                 )        C.A. No.
                                   )
E.M. TROMINSKI, INS DISTRICT       )
     DIRECTOR                      )
_____)


EXHIBIT "H" IN SUPPORT OF PETITION
FOR WRIT OF HABEAS CORPUS



**U.S. DEPARTMENT OF JUSTICE**

Immigration and Naturalization Service

*2102 Teege Avenue*
*Harlingen, Texas 78550-4667*

---

*Harlingen District Office*

Thelma O. Garcia, Atty          RE:  FOIA/PA Request
301 E. Madison St.              Subject:  Lucio Rodriguez Gongora
Harlingen, TX 78550             Control#  HLG 97-000572
                                A#:  17 977 824
                                June 30, 1997

Dear Requester:

This is in response to your Freedom of Information Act (FOIA) or/and Privacy Act (PA request.  Enclosed are copies of documents from INS records.  Deletions have been made of certain information which is exempt from disclosure under the provisions of the FOIA (Title 5, U.S. Code, Section 552).  Where deletions have been made, the appropriate subsection(s) cited to withhold information appears opposite the deletions. An explanation of the exemptions is enclosed.

Enclosed are __82_ pages.  _82__ pages of material relevant to your request are being released in their entirety.  _0_ pages contain partial deletions and _21__ pages are being withheld in their entirety.

During the review of material pertinent to your request, documents were located which: (check below if  applicable)

    ____ originated with another Government agency(ies); these pages have been referred to the agency(ies) for review and a direct response to you;

    ____ contain information furnished by another Government agency(ies).  We must first consult with the other agency(ies) before determining if the information is releasable or exempt.

You may appeal this decision by writing the Assistant Attorney General, Office of Legal Policy, Attention:  Office of Information and Privacy Appeals, U.S. Department of Justice, room 7238 Main Justice Building, 10th Street and Constitution Avenue, N.W. Washington, D.C. 208530, within thirty days of receipt of this letter.  Both the letter and envelope should be clearly marked:  "FREEDOM OF INFORMATION," OR "INFORMATION APPEAL."

Sincerely,

E. M. Trominski
District Director

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION


LUCIO RODRIGUEZ-GONGORA          )
                                 )
v.                               )        C.A. No.
                                 )
E.M. TROMINSKI, INS DISTRICT     )
     DIRECTOR                    )
_____)


EXHIBIT "I" IN SUPPORT OF PETITION
FOR WRIT OF HABEAS CORPUS



**U.S. Department of Justice**
Executive Office for Immigration Review
*Board of Immigration Appeals*

OMB #1105-0065
**Notice of Appeal to the Board of Immigration**
**Appeals of Decision of Immigration Judge**

---

**1.** List Name(s) and "A" Number(s) of all Applicant(s)/Respondent(s):

LUCIO RODRIGUEZ GONGORA
A17-977-824

| For Official Use Only |

**❗** **WARNING TO ALL APPLICANT(S)/RESPONDENT(S):** Names and "A" Numbers of everyone appealing the order must be written in Item #1.

**2.** Applicant/Respondent is currently  ☐ DETAINED   ☒ NOT DETAINED

**3.** Appeal from the Immigration Judge's decision dated _____ February 26, 1997

**4.** State in detail the reason(s) for this appeal. You are not limited to the space provided below; use more sheets of paper if necessary. Write your name(s) and "A" number(s) on every sheet.

**❗** **WARNING:** The failure to specify the factual or legal basis for the appeal may lead to summary dismissal without further notice, unless you give specific details in a timely, separate written brief or statement filed with the Board.

The Immigration Judge Erred in not advising the respondent that he could adjust status through his United States Citizen wife, in conjunction with a 212(c) waiver. The court failed to advise the respondent that he could defend himself against the under lying ground of Excludability. There are too many errors to identify without a transcript.

*Staple Check or Money Order Here.*
*Include your name(s) and "A" number(s)*

(Attach more sheets if necessary)

(Form continues on back)
Form EOIR - 26
Revised April 1996

5.   I   ☒ do
          ☐ do not          desire oral argument before the Board of Immigration Appeals.

6.   I   ☒ will
          ☐ will not         file a separate written brief or statement in addition to the "Reason(s) for
                             Appeal" written above or accompanying this form.

---

**❗ WARNING:** Your appeal may be summarily dismissed if you indicate in Item #6 that you will file a separate written brief or statement and, within the time set for filing, you fail to file the brief or statement and do not reasonably explain such failure.

---

| 🖎 SIGN HERE → | 7.   X _____ | 3-20-97 |
|---|---|---|
| | Signature of Person Appealing | Date |
| | *(or attorney or representative)* | |

8.
| Mailing Address of Applicant(s)/Respondent(s) |
|---|
| LUCIO RODRIGUEZ GONGORA |
| (Name) |
| P.O. BOX 1047 |
| (Street Address) |
| 934 W. SANTA ROSA ON HWY. 107 |
| (Apartment or Room Number) |
| ED COUCH, TEXAS  78583 |
| (City, State, Zip Code) |

9.
| Mailing Address of Attorney or Representative |
|---|
| THELMA O. GARCIA |
| (Name) |
| 301 E. Madison |
| (Street Address) |
| |
| (Suite or Room Number) |
| HARLINGEN, TEXAS  78550 |
| (City, State, Zip Code) |

---

**❗ WARNING:** An attorney or representative will not be recognized as counsel on appeal and will not receive documents or correspondence in connection with the appeal, unless he/she submits a completed Form EOIR-27.

---

## CERTIFICATE OF SERVICE
### (Must Be Completed)

10.

I   THELMA O. GARCIA _____   mailed or delivered a copy of this notice of appeal
          (Name)

on ___3-20-97___   to   ASSISTANT GENERAL COUNSEL _____
          (Date)                              (Opposing Party)

at _____ .
                    (Address of Opposing Party)

| 🖎 SIGN HERE → | X _____ |
|---|---|
| | THELMA O. GARCIA |
| | Signature of Person Appealing |
| | *(or attorney or representative)* |

### Have You?

☐ Read all of the General Instructions
☐ Provided all of the requested information
☐ Completed this form in English
☐ Provided a certified English translation for all non-English attachments

☐ Signed the form
☐ Served a copy of this form and all attachments on the opposing party
☐ Completed and signed the Certificate of Service
☐ Attached the required fee or fee waiver request

# NOTICE OF ENTRY OF APPEARANCE AS ATTORNEY OR REPRESENTATIVE
## BEFORE THE BOARD OF IMMIGRATION APPEALS
### EXECUTIVE OFFICE FOR IMMIGRATION REVIEW

In the Matter:

Lucio Rodriguez Gongora

I hereby enter my appearance as attorney *(or representative)* for and at the request of the following named person(s):

NAME Lucio Rodriguez Gongora

DATE 3-21-97

ALIEN NUMBER *(list lead alien number and all family member alien numbers if applicable)*

A 17 –977– 824
A  —  —
A  —  —

ADDRESS (Apt. No.) (Number & Street) (City) (State) (Zip Code)

P.O. Box 1047   Edcouch   Texas, 78583

Check if Applicable Item(s) below:

☐ 1. I am an attorney and a member in good standing of the bar of the Supreme Court of the United States or of the highest court of the following State, territory, insular possession, or District of Columbia
_____ and am not under a court
*(Name of Court)*
or administrative agency order suspending, enjoining, disbarring, or otherwise restricting me in practicing law.

☐ 2. I am an accredited representative of the following named religious, charitable, social service, or similar organization established in the United States and which is so recognized by the Board:

☐ 3. I am associated with_____, the attorney of record who previously filed a notice of appearance in this case and my appearance is at his/her request. *(If you check this item, also check item 1 or 2 whichever is appropriate.)*

☐ 4. Other *(Explain fully.)*

SIGNATURE

NAME *(Type or print)*

COMPLETE ADDRESS ☐ Check here if this is a new address

301 E. Madison
Harlingen, Texas 78550

TELEPHONE NUMBER

PURSUANT TO THE PRIVACY ACT OF 1974, I HEREBY CONSENT TO REPRESENTATION BY AND THE DISCLOSURE TO THE FOLLOWING NAMED ATTORNEY OR REPRESENTATIVE OF ANY RECORD PERTAINING TO ME WHICH APPEARS IN ANY EOIR SYSTEM OF RECORDS:

*(Name of Attorney or Representative)*

| NAME OF PERSON CONSENTING | SIGNATURE OF PERSON CONSENTING | DATE |
|---|---|---|
| Lucio Rodriguez Gongora | x Lucio Rodriguez | |

*(NOTE: Execution of this box is required under the Privacy Act of 1974 where the person being represented is or claims to be a citizen of the United States or an alien lawfully admitted for permanent residence.)*

AO 440 (Rev 1/90) Summons in a Civil Action

# United States District Court

_SouThern_ **DISTRICT OF** _Texas_

_Lucio Rodriguez - Gongora_        **SUMMONS IN A CIVIL ACTION**

v.

**CASE NUMBER:** **B -00 - 134**

_E.M. Trominski_
_INS District Director_

TO: (Name and Address of Defendant)

_US Attorney_
_PO Box C 61129_
_Houston TX 77208_

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Lisa Brodyaga, Attorney
REFUGIO DEL RIO GRANDE
17891 Landrum Park Road
San Benito, Texas 78586

an answer to the complaint which is herewith served upon you, within _____60_____ days after service of
this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken
against you for the relief demanded in the complaint.

Michael N. Milby, Clerk

_9-5-00_

**CLERK**                                    **DATE**


**BY DEPUTY CLERK**

AO 440 (Rev 1/90) Summons in a Civil Action

# United States District Court

SOUTHERN ————— DISTRICT OF ————— TEXAS

Lucio Rodriguez - Gongora

v.

E.M. Trominski, INS District Director

### SUMMONS IN A CIVIL ACTION

CASE NUMBER: **B-00-134**

TO: (Name and Address of Defendant)

Hon. Janet Reno, United States Attorney General
950 Pennsylvania Ave. N.W., Suite 5111
Washington, D.C. 20530-0001

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Lisa S. Brodyaga, Attorney

Refugio Del Rio Grande
17891 Landrum Park Road
San Benito, TX 78586

an answer to the complaint which is herewith served upon you, within _____ 60 _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Michael N Milby, Clerk

9-5-00

CLERK

BY DEPUTY CLERK

DATE

AO 440 (Rev 1/90) Summons in a Civil Action

# United States District Court

SOUTHERN ———————— DISTRICT OF ———————— TEXAS

Lucio Rodriguez-Gongora

v.

E.M. Trominski, INS District Director

## SUMMONS IN A CIVIL ACTION

CASE NUMBER B-00-134

TO: (Name and Address of Defendant)

E.M. Trominski
2102 Teege
Harlingen, Texas 78550

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)
Lisa S. Brodyaga, Attorney

Refugio Del Rio Grande
17891 Landrum Park Road
San Benito, TX 78586

an answer to the complaint which is herewith served upon you, within _____ 60 _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Michael N Milby, Clerk

9-5-80

CLERK

DATE

BY DEPUTY CLERK