IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

```
United States District Court
Southern District of Texas
        FILED
    OCT 1 9 2000
   Michael N. Milby
   Clerk of Court
```

| | |
|---|---|
| LUCIO RODRIGUEZ-GONGORA, | ) |
| Petitioner, | ) ) ) |
| v. | ) C.A. No. B-00-134 |
| E.M. TROMINSKI, INS DISTRICT DIRECTOR, | ) ) ) ) |
| Respondent. | ) ) ) |

**UNOPPOSED MOTION TO HOLD IN ABEYANCE**

This case is similar to a number of cases raising related issues concerning the 1996 amendments to the Immigration and Nationality Act. The jurisdictional and other issues raised here are identical or similar to those recently addressed by this Court in <u>Cantu-Salinas v. Trominski</u>, No. CA B-97-183 (S.D. Tex. Order, Aug. 26, 1998), and in related cases. The Department of Justice has appealed the decisions in those cases to the Fifth Circuit Court of Appeals. Resolution of those cases on appeal likely would be controlling in this case. Oral arguments were made to the Fifth Circuit Court of Appeals on June 5, 2000, and a decision in <u>Cantu-Salinas, et al.</u> is being held in abeyance pending finalization of regulations that would specifically address some, if not all, the issues presented.

Therefore, the parties respectfully submit that proceedings in this case should be held in abeyance pending the appeal of <u>Cantu-Salinas</u> and related cases.

Respectfully submitted,

MERVYN M. MOSBACKER
United States Attorney
Southern District of Texas

Dated: October 18, 2000

LISA M. PUTNAM
Special Assistant U.S. Attorney
P.O. Box 1711
Harlingen, Texas 78551
Tel: (956) 389-7051
Georgia Bar No. 590315
Federal Bar No. 23937

## CERTIFICATE OF CONSULTATION

I hereby certify that the foregoing Motion to Hold in Abeyance was discussed with opposing counsel and that opposing counsel does not have an opposition to the Motion.

LISA M. PUTNAM
Special Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was served on counsel by depositing a copy of the same in the United States mail, properly addressed, first class postage prepaid, to:

>Lisa S. Brodyaga, Esquire
>REFUGIO DEL RIO GRANDE
>17891 Landrum Park Rd.
>San Benito, TX  78586

on this the 18th day of October, 2000.

_____
LISA M. PUTNAM
Special Assistant United States Attorney