5

THE HONORABLE JOHN WM. BLACK

STATUS CONFERENCE

United States District Court
Southern District of Texas
FILED

FEB 2 1 2001

Michael N. Milby
Clerk of Court

CIVIL ACTION NO. <u>B-00-134</u>          DATE & TIME: <u>02-21-01 AT 3:00 P.M.</u>

<u>LUCIOI RODRIGUEZ-GONGORA</u>          PLAINTIFF(S) <u>LISA BRODYAGA</u>
                                      COUNSEL

VS.

<u>E.M. TROMINSKI, ET AL.</u>              DEFENDANT(S) <u>LISA PUTNAM</u>
                                      COUNSEL

--------------------------------------------------------------------------------

Lisa Brodyaga and Lisa Putnam appeared in chambers for a status conference.

This case is on appeal. Continue abatement.

ClibPDF - www.fastio.com