8

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

AUG 1 6 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| LUCIO RODRIGUEZ-GONGORA, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> E.M. TROMINSKI, ) <br> INS DISTRICT DIRECTOR, ) <br> ) <br> Respondent. ) <br> _____ ) | C.A. No. B-00-134 |

## ORDER

Upon consideration of Respondents' Unopposed Motion for Remand, the Court finds that the Motion should be granted.

IT IS ORDERED that this matter be remanded to the Board of Immigration Appeals for further proceedings consistent with the Supreme Court's decision in <u>INS v. St. Cyr</u>, 121 S.Ct. 2271, 2001 WL 703922 (June 25, 2001).

This is a final order.

Done this __14TH__ day of __AUGUST__, 2001, in Brownsville, Texas.

_____
UNITED STATES DISTRICT JUDGE